# United States District Court
# For The Western District of North Carolina
# Charlotte Division

The National Association of
Advocates for Prisoner Rights
and Concerns ex rel. Royal
Lee Berry, Carlos Rodriquez Hall,
Byron Franklin McIntosh, and
Lee J. Blount,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:08-cv-40

State of North Carolina,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 4, 2008 Order.

**Signed: February 4, 2008**

Frank G. Johns, Clerk
United States District Court